**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

**ANTONIO MANUEL CHAVEZ,**

        Petitioner,   Case No. CV 06-2166-AG(AJW)

     v.

**JOHN MARSHALL, Warden,**   JUDGMENT

        Respondent.

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: April 30, 2010

_____
Andrew J. Guilford
United States District Judge